**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BREYANKA DEAN et al.,

Plaintiffs,

v.

Civil Action No. 25-13030
HON. JONATHAN J.C. GREY

RACHEL RANCILIO, et al.,

Defendants.
_________________________________/

**JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order entered on this date, this cause of action is **DISMISSED**.

**SO ORDERED.**

Date: November 25, 2026

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 25, 2026.

s/ S. Osorio
Sandra Osorio
Case Manager